U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

SEP 25 2008

ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BASSAM DARWISHAHMED | : | DOCKET NO. 2:07-cv-1658 |
| VS. | : | JUDGE MINALDI |
| WARDEN FEDERAL DETENTION CENTER OAKDALE LOUISIANA | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that Plaintiff's Petition for Writ of Habeas Corpus be, and it is hereby DISMISSED AND DENIED WITHOUT PREJUDICE.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 25 day of Sept, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE